UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-8427-WM

UNITED STATES OF AMERICA

v.

MICHAEL JEFFREY RODRIGUES,

    Defendant.

### GOVERNMENT'S NOTICE OF FILING OF AMENDED PENALTY SHEET

The United States respectfully files the attached amended penalty sheet. The defendant was informed of these penalties at his initial appearance on August 7, 2025.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   s/ Marc Osborne
      Assistant United States Attorney
      Court ID# A5500796
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1014
      marc.osborne@usdoj.gov