UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMENDED PENALTY SHEET

**Defendant's Name**:   MICAHEL JEFFREY RODRIGUES

**Case No**: 

Possession of firearm after conviction of a felony.

18 U.S.C. § 922 (g)(1)
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**